# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Kik Account Usernames Boredagain81, Maskedagin81, Uniquenamebwc, and Samsung Galaxy Cell Phone

Case No. 1:25mj 358

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Middle _____ District of _____ North Carolina _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(1) | Distribution of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |

The application is based on these facts:
See Attached Affidavit of FBI Special Agent Gabriela Dye

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____ )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Gabriela Dye
*Applicant's signature*

FBI Special Agent Gabriela Dye
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
____telephone____ *(specify reliable electronic means)*.

Date: 09/10/25

*Judge's signature*

City and state: Greensboro, North Carolina       United States Magistrate Judge L. Patrick Auld
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF THE ACCOUNTS TO BE SEARCHED

Information associated with Kik username boredagain81, Kik username maskedagain81, and Kik username uniquenamebwc (the TARGET ACCOUNTS), obtained by the Moore County Sheriff's Office, and a Samsung Galaxy cell phone seized from DYLAN ROBERT CLIFTON by the Moore County Sheriff's Office.

# ATTACHMENT B

## Particular Things to Be Seized

I. **Information to Be Seized by the Government**

All information that constitutes fruits, contraband, evidence, and/or instrumentalities of violations of 18 U.S.C. §§ 2252A(a)(1) (distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography) (together, the SUBJECT OFFENSES) involving the TARGET ACCOUNTS as further described in Attachment A and occurring from **September 1, 2024 to present**. Such information includes:

   a. Records and information referencing child pornography, as defined in 18 U.S.C. § 2256(8);

   b. Records and information referencing child erotica;

   c. Records and information referencing or revealing the trafficking, advertising, or possession of child pornography, to include the identity of the individuals involved and location of occurrence;

   d. Records and information or other financial information tied to the user of the TARGET ACCOUNTS and any associated accounts involving the SUBJECT OFFENSES;

   e. Records and information referencing or revealing a sexual interest in children or the sexual exploitation of children, to include the identity of the individuals involved and location of occurrence;

   f. Records and information referencing or revealing communication or interaction of an illicit sexual nature with minors, to include the identity of the individuals involved and location of occurrence;

   g. Records and information referencing or revealing participation in groups or the use of services that are known to be used to facilitate the trafficking of child pornography;

h. Records and information referencing or revealing the use of remote computing services such as email, cloud storage, or online social media services used to commit the SUBJECT OFFENSES;

i. Records, photos, videos, recordings, or other electronically stored information of identification documents and/ or information for persons conspiring to commit or committing the SUBJECT OFFENSES; and

j. All information concerning online storage or other remote computer or electronic mobile device storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage used to commit the SUBJECT OFFENSES; and

k. Evidence indicating how, when, and who used the TARGET ACCOUNTS to access, create, or distribute anything subject to seizure under this warrant.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant to locate evidence and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>KIK ACCOUNT USERNAMES BOREDAGAIN81, MASKEDAGAIN81, UNIQUENAMEBWC, AND SAMSUNG GALAXY CELL PHONE | Case No. |

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

1. I, Gabriela Dye, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

2. I am investigating DYLAN ROBERT CLIFTON, a resident of Moore County, in the Middle District of North Carolina, for child pornography[1] offenses. I make this Affidavit in support of an Application for a Search Warrant authorizing a review of Kik search warrant returns obtained by the Moore County Sheriff's Office for Kik username boredagain81, Kik username maskedagain81, and Kik username uniquenamebwc (altogether, the TARGET ACCOUNTS), and a Samsung Galaxy cell phone seized from CLIFTON by the Moore County Sheriff's Office, more specifically described in Attachment A, for contraband, fruits, and instrumentalities of violations of 18 U.S.C. §§ 2252A(a)(1) (distribution of child pornography) and 2252A(a)(5)(B) (possession of

---

[1] "Child pornography" will also be referred to as child sexual abuse material throughout this affidavit. Child sexual abuse material is a more accurate description of the nature of the depictions in image and video files containing the like.

child pornography) (together, the SUBJECT OFFENSES), more specifically described in Attachment B.

3. I have been employed as a Special Agent of the FBI since October of 2019. I am currently assigned to the Fayetteville Resident Agency of the Charlotte, North Carolina Division where I am responsible for investigations involving the production, advertisement, receipt, distribution and possession of child pornography, and online enticement of minors. I am a graduate of the eighteen-week FBI Basic Field Training Course for special agents in Quantico, Virginia. I have received training in child pornography and child sexual exploitation as well as specialized instruction on how to conduct investigations of child sexual exploitation and child pornography crimes. I have observed and reviewed numerous examples of child pornography, as defined in 18 U.S.C. § 2256. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including 18 U.S.C. § 2252A, and I am authorized by the Attorney General to request a search warrant.

4. Based on my knowledge, training, experience, facts gathered from other law enforcement officers, and the facts as set forth in this affidavit, there is probable cause to believe that DYLAN ROBERT CLIFTON, the user of the TARGET ACCOUNTS, has violated the SUBJECT OFFENSES. There is also probable cause to believe that contraband and evidence, fruits, and instrumentalities of violations of the SUBJECT OFFENSES are presently located in the TARGET ACCOUNTS.

## DEFINITIONS

5. The following definitions apply to this Affidavit and Attachment B:

a. "Child erotica," as used herein, means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not necessarily obscene or do not necessarily depict minors engaging in sexually explicit conduct.

b. "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical or other means, of sexually explicit conduct, where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

c. "Cloud storage," as used herein, is a form of digital data storage in which the digital data is stored on remote servers hosted by a third party (as opposed to, for example, on a user's computer or other local storage device) and is made available to users over a network, typically the Internet.

d. An "Internet Protocol address" or "IP address," as used herein, refers to a unique numeric or alphanumeric string used by a computer or other

digital device to access the Internet. Every computer or device accessing the Internet must be assigned an IP address so that Internet traffic sent from and directed to that computer or device may be directed properly from its source to its destination. Most Internet Service Providers ("ISPs") control a range of IP addresses. IP addresses can be "dynamic," meaning that the ISP assigns a different unique number to a computer or device every time it accesses the Internet. IP addresses might also be "static," if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet. ISPs typically maintain logs of the subscribers to whom IP addresses are assigned on particular dates and times.

e. "Mobile applications," as used herein, are small, specialized programs downloaded onto mobile devices that enable users to perform a variety of functions, including engaging in online chat, reading a book, or playing a game.

f. "Records," "documents," and "materials," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade, photographic, mechanical, electrical, electronic, or magnetic form.

g. "Remote computing service," as defined in 18 U.S.C. § 2711(2), is the provision to the public of computer storage or processing services by means of an electronic communications system.

h. "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital,

oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the anus, genitals, or pubic area of any person.

## BACKGROUND ON KIK

6. Kik c/o MediaLab AI Inc., also known as "Kik," is a free instant messenger application designed for mobile devices. Kik utilizes an Internet connection through cellular data or Wi-Fi to transmit messages, images, videos, and other content. Kik allows its users to create an account without providing a telephone number or authentic email address. Kik users can only be located on the service through their chosen unique Kik username. Kik has a social networking component whereby users can create and join private and public groups. Often, these groups focus on a common interest of their members. Users can message the group or direct message one another.

## BACKGROUND ON THE NCMEC CYBER TIPLINE

7. The National Center for Missing and Exploited Children (NCMEC) is an organization that tracks missing and exploited children and serves as a repository for information about child pornography. Federal law requires NCMEC to operate the CyberTipline and requires covered electronic service providers[2] to report apparent instances of child pornography offenses. Providers also have the discretion to submit reports concerning planned or imminent child pornography

---

[2] A "covered interactive computer service provider" refers to entities that provide access to the Internet or other interactive computer services and are protected from liability for content posted by users under Section 230 of the Communications Decency Act. This protection extends to companies like social media platforms, search engines, and online news providers.

offenses. NCMEC then makes the information available to law enforcement for further investigation. I have investigated many CyberTips from NCMEC, and, in my training and experience, those tips are reliable and frequently result in identifying offenders sexually exploiting children and obtaining additional evidence of that exploitation.

8. Over the last several years, law enforcement has observed that a significant number of individuals interested in the sexual exploitation of children and the trafficking of child pornography use social media and other messaging and file storage platforms. Numerous individuals arrested for enticing minors and/ or trafficking child pornography have been found to be using platforms such as Kik to do so.

9. Often, the information in CyberTipline reports contains only basic information regarding the account user(s), and excerpts of content found within the account(s) related to the alleged sexual exploitation. Based on my knowledge and experience, law enforcement has successfully found contraband in search warrant returns where probable cause was initially based on CyberTipline information.

## PROBABLE CAUSE

*Summary:*

10. From October 2024 to June 2025, Kik provided information in five separate CyberTips to NCMEC regarding five separate accounts attributed to Moore County resident DYLAN ROBERT CLIFTON. The Moore County Sheriff's Office (MCSO) obtained search warrants for the Kik account usernames boredagain81, maskedagain81, and uniquenamebwc belonging to DYLAN

CLIFTON, and arrested CLIFTON on June 26, 2025, on child sexual exploitation charges as a result of child sexual abuse material (CSAM) found within his Kik accounts, as well as CSAM found on his Samsung Galaxy cell phone.

*CyberTips:*

11. CyberTips for the TARGET ACCOUNTS, as well as CyberTips for Kik username openminded8190 and Kik username openmindedbwc91 (the TARGET KIK ACCOUNTS) which also attribute to CLIFTON, were received by NCMEC from Kik from October 2024 to June 2025:

| CyberTipline # | Date Reported to NCMEC | Reported Kik Username |
| --- | --- | --- |
| 201618826 | 10/26/2024 | boredagain81 |
| 204739994 | 1/13/2025 | maskedagain81 |
| 208264243 | 3/27/2025 | uniquenamebwc |
| 212267705 | 5/19/2025 | openminded8190 |
| 213220740 | 6/4/2025 | openmindedbwc91 |

12. Kik reviewed all files provided in all five of the CyberTips and provided basic subscriber information and IP address history for each Kik account. I also reviewed the files provided by Kik for the TARGET ACCOUNTS and TARGET KIK ACCOUNTS and determined they contain CSAM. All five CyberTips were originally assigned to MCSO due to IP address locations resolving within Moore County, North Carolina.

13. CyberTip 201618826 regarding Kik username boredagain81 was reported by Kik to NCMEC on October 26, 2024. Kik account boredagain81 was created on September 18, 2024, and distributed approximately two files of CSAM on October 15, 2024. A summary of the files provided in the CyberTip follow:

    a. <u>File Name</u>: 79d462c9-e112-4432-a66f-ec9fc468debd.mp4
       <u>Upload date/time</u>: 10-15-2024, 18:14:08 UTC
       <u>Description</u>: A video, approximately 00:41 long, of a pubescent,

minor female sitting in a classroom setting in a school uniform. The pubescent female unbuttons her shirt exposing her breast to the camera. The pubescent female then exposes her vaginal opening to the camera and begins to touch her vagina with her fingers.

   b. File Name: 4eb81747-3af7-49a1-9d49-8c6ebfd46caa.mp4
      Upload date/time: 10-15-2024, 18:19:31 UTC
      Description: A video, approximately 00:57 long, of a pubescent female lying nude on a bed exposing her genitalia to the camera. An adult inserts their fingers into the pubescent, minor female's vagina.

14. CyberTip 204739994 regarding Kik username maskedagain81 was reported by Kik to NCMEC on January 13, 2025. Kik account maskedagain81 was created on December 19, 2024, and distributed approximately seven files of CSAM on January 2, 2025, January 3, 2025, and January 6, 2025. A summary of some of the files provided in the CyberTip follow:

   a. File name: edcd4ff5-6681-4c14-8910-8120964c3fab
      Upload date/time: 01-03-2025 06:13:46 UTC
      Description: A video, approximately 01:09 long, of a pubescent, minor female who is fully naked, sitting down with her legs spread, masturbating.

   b. File name: 2c31436d-1061-4884-9737-5f9ffb1e5669
      Upload date/time: 01-02-2025, 20:54:51 UTC
      Description: A video, approximately 00:26 long, of a pubescent female who is fully naked and squatting while she masturbates.

   c. File name: 9620fcb5-3fa8-42a5-b09e-f2f2f298a9e6.mp4
      Upload date/time: 01-02-2025, 21:10:40 UTC
      Description: A video, approximately 00:52, of a pubescent female and a prepubescent, minor female. The two minor females are fully naked, and kiss and touch each other's breast and buttocks.

15. CyberTip 208264243 regarding Kik username uniquenamebwc was reported by Kik to NCMEC on March 27, 2025. Kik account uniquenamebwc was created on January 29, 2025, and distributed approximately two files of CSAM on March 19, 2025. A summary of a file provided in the CyberTip follows:

a. Filename: bcf23217-26d6-42d7-b054-12ab065b4f5a.jpg
   Upload date/time:
   Description: An image of prepubescent, minor female who is fully naked and exposing her vaginal opening to the camera.

16. Kik Cybertip 212267705 was reported by Kik to NCMEC on May 19, 2025, regarding Kik account openminded8190 (Kik user ID openminded8190_q86). Kik account openminded8190 was created on May 11, 2025, and distributed approximately 22 files of CSAM on May 11, 2025, May 12, 2025, and May 17, 2025. A summary of some of the files provided in the CyberTip follow:

   a. File name: 001aaf95-3371-4536-b379-d1d29f34df5b.mp4
      Upload date/time: 05-11-2025, 18:16:04 UTC
      Description: A video, approximately 01:13 long, of a pubescent, minor female masturbating. The pubescent female is fully nude with her vaginal opening fully exposed to the camera. The pubescent female inserts her fingers in her vagina and then into her mouth. The video concludes after the pubescent female puts her hand into a jar that contains a brown liquid substance and spreads it onto her chest and genital area.

   b. File name: 0fd23c47-648c-45f5-ba85-d61b6715d21d.mp4
      Upload date/time: 05-12-2025, 00:21:57 UTC
      Description: A video, approximately 00:10 long, of a minor male who engages in anal intercourse with an infant. The minor male is wearing a red long-sleeve shirt that is pulled up to his chest, and shorts that are pulled down to his ankles. The minor male is fully nude from his abdomen to his ankles and is on top of an infant who is wearing only a shirt and is nude from the waist down.

   c. File name: 6a8bb8f8-eddf-4d72-bc86-e8a832c0756c.mp4
      Upload date/time: 05-17-2025, 21:09:25 UTC
      Description: A video, approximately 00:35 long, of an adult male who ejaculates on a minor female's face. The minor female and adult male are standing in a pool, and the video is captured by a third individual sitting on the edge of a pool. The minor female's eyes are closed, and she has her hands cupped at the base of her open mouth. After the adult male ejaculates, the minor female spreads the ejaculate across her entire face.

17. Kik CyberTip 213220740 was reported by Kik to NCMEC on June 4, 2025, regarding Kik account openmindedbwc91 (Kik user ID

openmindedbwc91_tvi). Kik account openmindedbwc91 was created on May 23, 2025, and distributed approximately eight files of CSAM on May 28, 2025. A summary of some of the files provided in the CyberTip follow:

- a. File name: b0284528-f40c-4e09-8625-bc8415cd2211.mp4
  Upload date/ time: 05-28-2025, 23:26:04 UTC
  Description: A video, approximately 00:42 long, of a pubescent, minor female (PF-1), who is only wearing thigh-high black stockings and a black choker. PF-1 is sitting on the edge of a bed and performs oral sex on an adult male, who is standing in front of her while he films the video. A prepubescent, minor female (PF-2) is laying on the edge of the bed next to PF-1. PF-2 is only wearing knee-high black and white-striped stockings, a black choker and a beige eye mask. The adult male masturbates and ejaculates into PF-1's mouth and then onto PF-2's body.

- b. File name: 8279bce8-a073-4ea5-ab1c-0b38728f1f75.mp4
  Upload date/ time: 05-28-2025, 19:34:40 UTC
  Description: A video, approximately 01:18 long, of an age-difficult female (F-1) and prepubescent, minor female (PF-1) fully nude, in a bathroom. F-1 faces the wall of the bathroom while PF-1 kneels behind F-1, spreads F-1's buttocks, and PF-1 puts her face/mouth in F-1's anal area. PF-1 and F-1 then trade places and F-1 appears to lick PF-1's anus while PF-1 spreads her buttocks apart.

- c. File name: 662d33f6-c5b1-4f76-aee4-a3582f7dceff.mp4
  Upload date/ time:
  Description: A video, approximately 00:21 long, of a prepubescent, minor female who is wearing only thigh-high American flag stockings. The prepubescent female is laying face up on top of an adult male, who is fully nude and laying on a bed. The adult male's penis is inserted in the prepubescent female's anus while an adult female simultaneously performs oral sex on the prepubescent female. The video concludes after the adult female masturbates the adult male's penis as it remains inserted in the prepubescent female's anus.

18. Based on my knowledge, training, and experience, Kik proactively bans users who engage in the receipt or distribution of CSAM. The creation of multiple accounts and perpetual distribution of CSAM after account deactivation is a common quality of individuals involved in the production, receipt and distribution of CSAM on the Internet.

*MCSO Search Warrants:*

19. Kik subscriber information revealed IP address 65.191.6.249 was used several times to log in to each of the TARGET ACCOUNTS and TARGET KIK ACCOUNTS. Based on my knowledge, training, and experience, a shared IP address across multiple similar accounts on the same platform often indicates a single, common user. On one occurrence, Kik account maskedagain81 utilized IP address 65.191.6.249 to log in to the account on January 12, 2025, at 11:45:33 UTC. On January 27, 2025, Charter Communications provided the following subscriber information for IP address 65.191.6.249 on January 12, 2025, at 11:45:33 UTC:

   a. Subscriber Name: Megan Ross
      Subscriber Address: 205 E Charles Avenue, Pinebluff, NC 28373

20. Law enforcement database research revealed DYLAN ROBERT CLIFTON, is also a resident of 205 East Charles Avenue, Pinebluff, North Carolina 28373.

21. On March 5, 2025, MCSO obtained a search warrant for Kik account boredagain81, Kik account maskedagain81, and Kik account uniquenamebwc. A review of the search warrant returns revealed the same CSAM files provided in CyberTips were also within the Kik accounts, as well as evidence of distribution of CSAM. Several selfie photos of CLIFTON were also present within search warrant returns for Kik account boredagain81.

22. On June 26, 2025, MCSO executed a search warrant at 205 East Charles Avenue, Pinebluff, North Carolina, 28373. CLIFTON and Megan Ross were present during the execution of the search warrant. Digital devices, including CLIFTON's Samsung Galaxy cell phone, were seized from the residence, and

CLIFTON was arrested by MCSO. A subsequent review of files on CLIFTON's cell phone revealed multiple files of CSAM.

23. MCSO previously obtained search warrants for Kik accounts boredagain81, maskedagain81, and uniquenamebwc. While the FBI might already have legal authority to examine the search warrant returns associated with these Kik accounts, I seek this additional warrant out of an abundance of caution to be certain that an examination of search warrant returns obtained by MCSO for Kik accounts boredagain81, maskedagain81, and uniquenamebwc will comply with the Fourth Amendment and other applicable laws. In my training and experience, I know that these search warrant returns have been stored in a way their contents are, to the extent material to this investigation, in substantially the same state as they were when they were seized.

24. Based on the aforementioned facts, it is probable to believe evidence of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) and distribution of child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), will be found within the TARGET ACCOUNTS based on the information and files provided by Kik in the CyberTips regarding the TARGET ACCOUNTS.

## CONCLUSION

25. Based on the foregoing, there is probable cause to believe that the federal criminal statutes cited herein have been violated, and that the contraband, property, evidence, fruits and instrumentalities of these offenses, more fully described in Attachment B of this Affidavit, are located within the TARGET ACCOUNTS, more fully described in Attachment A. I respectfully

request that this Court issue a search warrant for the TARGET ACCOUNTS authorizing the seizure and search of the items described in Attachment B.

Respectfully submitted,

/S/ Gabriela Dye
Gabriela Dye
Special Agent
Federal Bureau of Investigation

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means (telephone), was placed under oath, and attested to the contents of the written affidavit.

_____ 09/10/25
THE HON. L. PATRICK AULD
UNITED STATES MAGISTRATE JUDGE